

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JESSICA KATZEN**
Assistant Corporation Counsel
phone: (212) 356-1646
email: jkatzen@law.nyc.gov

November 5, 2025

**By ECF**
The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Forest Hills Gardens Corporation. v. City of New York, et al.*, 1:25-cv-05741 (BMC)

Your Honor:

I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City New York, one of the attorneys for Defendant City of New York ("City") in the above-referenced proceeding. I am writing to respectfully request a 60-day extension for Defendant to respond to the Complaint, from November 7, 2025 to January 6, 2026.

This additional time is needed for Defendant to evaluate and appropriately respond to the allegations raised in the complaint.

This is the first request for an extension of time. Counsel for Plaintiff consents to this request. As the proposed new date does not affect any other previously scheduled date, I request that the Court approve such extension. Thank you for your consideration.

Respectfully submitted,

*Jessica Katzen*

Jessica Katzen
Assistant Corporation Counsel

cc: Counsel for Plaintiff (via ECF)