

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**JESSICA KATZEN**
Assistant Corporation Counsel
phone: (212) 356-1646
email: jkatzen@law.nyc.gov

December 19, 2025

**By ECF**
The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Forest Hills Gardens Corporation. v. City of New York, et al.*, 1:25-cv-05741 (BMC)

Your Honor:

I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City New York, one of the attorneys for Defendant City of New York ("City") in the above-referenced proceeding. I respectfully submit this joint letter, at the request of Plaintiff Forest Hills Gardens Corporation, to request a 45-day extension of time for the City's time to file its response to the Complaint, until February 20, 2026. This is the second request for an extension of time; the City's first request was for a 60-day extension of time from November 7, 2025 to January 6, 2026, which the Court granted on November 3, 2025.

For this request, Plaintiff asked that the City of New York seek this extension from the Court because the Forest Hills Gardens Corporation last week had a Board of Directors election, the result of which will be significant Board turnover. The new Board will likely not be in a position to hold its first meeting until the second week of January 2026. That newly-elected and newly-seated Board seeks the additional time being requested here to review and evaluate the litigation, confer with its counsel, and then meet with the City about the case before it proceeds further. This extension will provide the time for that process to be completed.

Thank you for your consideration.

Respectfully submitted,

Jessica Katzen
Assistant Corporation Counsel

cc: Counsel for Plaintiff (via ECF)