

**THE CITY OF NEW YORK**
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**JESSICA KATZEN**
Assistant Corporation Counsel
phone: (212) 356-1646
email: jkatzen@law.nyc.gov

February 19, 2026

**By ECF**
The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Forest Hills Gardens Corporation. v. City of New York, et al.*, 1:25-cv-05741 (BMC)

Your Honor:

I am an Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel of the City New York, one of the attorneys for Defendant City of New York ("City") in the above-referenced action. I respectfully submit this joint letter on behalf of all parties to inform the Court that the parties have reached a settlement in principle of this action. However, the parties require additional time to finalize the terms of the agreement and execute the settlement documents.

The parties acknowledge that the City's response to the Complaint is due on February 20, 2026, but respectfully request a two-week stay of that deadline, until March 6, 2026, for the parties to file a stipulation of settlement and discontinuance.

Thank you for your consideration.

Respectfully submitted,

*Jessica Katzen*

Jessica Katzen
Assistant Corporation Counsel

cc: Counsel for Plaintiff (via ECF)